IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| EBONEY MAYFIELD | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:14CV334 |
| | § | |
| SALLY PORT GLOBAL | § | JUDGE HILTON/ |
| | § | MAGISTRATE BUCHANAN |
| | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Pursuant to FRCP 41(a)(1)(ii), all parties stipulate to the dismissal of this case with prejudice.

Respectfully submitted,

/s/ Alex A. Castetter
Alex A. Castetter (*pro hac vice*)
Texas Bar Card No. 00783808
Stuckey, Garrigan & Castetter Law Offices
2803 C North Street
P.O. Box 631902
Nacogdoches, Texas 75963-1902
(936) 560-6020 / Fax: 560-9578
Alex@sgclaw.org
*Counsel for Plaintiff*

So Ordered
Claude M. Hilton
USDJ
Sept. 24, 2014

/s/ Ryan C. Posey
Ryan C. Posey (Va. Bar. # 85109 )
Posey Lebowitz PLLC
3221 M Street NW
Washington DC 20007
202-643-2525
202-810-9009 (fax)
rposey@poseylebowitz.com
*Local Counsel for Plaintiff*